IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GGNSC GRAND ISLAND PARK PLACE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 4:17CV3003 |
| v. | ) ) ) | **JUDGMENT** |
| SHAWN ZELLER, as Special Administrator for the Estate of Deceased, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the parties' Joint Stipulation to Proceed With Arbitration and Joint Motion to Dismiss (Filing 7), this case is dismissed without prejudice, with each party to bear its or their own costs.

DATED this 13th day of March, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge